NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZALZAR FZE,**
*Appellant*

**v.**

**DIRECTOR/CHIEF EXECUTIVE OFFICER OF THE ARMY AND AIR FORCE EXCHANGE SERVICE,**
*Appellee*

---

2020-2256

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 59616, 60053, 60054, Administrative Judge J. Reid Prouty, Administrative Judge Alexander Younger, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

PAUL D. HENDERSON, Quinn Emanuel Urquhart & Sullivan, LLP, Washington, DC, argued for appellant. Also represented by KRISTIN TAHLER, Los Angeles, CA.

DANIEL B. VOLK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN

M. Boynton, Martin F. Hockey, Jr., Robert Edward Kirschman, Jr.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Newman, Prost, and Chen, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court

July 21, 2021
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Chief Deputy Clerk